UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

                Case No. 15-44620-ess

ZEFERINO REYES CHOLULA,

                Chapter 7

        Debtor.
-------------------------------------------------------X

**ORDER TERMINATING THE AUTOMATIC STAY UNDER
BANKRUPTCY CODE §§362(d)(1) and (2) IMPOSED AGAINST
BANK OF CAMDEN REGARDING PROPERTY LOCATED
AT 100-22 35th AVENUE, CORONA, NEW YORK**

        Bank of Camden, a secured creditor herein, having moved this Court pursuant to an Amended Notice of Motion dated December 7, 2015 ("Motion"), for an order under 11 U.S.C. §§362(d)(1) and (2) terminating the automatic stay to permit Bank of Camden to exercise all of its rights and remedies with respect to the real property located at 100-22 35th Avenue, Corona, New York (the "Real Property"); and the Debtor having failed to file opposition papers to the Motion; and the matter having come on for a hearing before the Honorable Elizabeth S. Stong, United States Bankruptcy Judge on January 7, 2016, and Bank of Camden, by its attorneys, The Margolin & Weinreb Law Group, LLP, having appeared in support of the Motion; and no appearances being made in opposition to the Motion; and after due deliberation by this Court and the Court is of the opinion that the relief prayed for in the motion should be granted, it is hereby

        **ORDERED,** that the automatic stay is ~~terminated~~ ***modified*** pursuant to 11 U.S.C. §362(d)(1) and (d)(2) ~~against~~ ***so that*** Bank of Camden ***may pursue its rights under applicable law with respect to*** ~~regarding~~ the Real Property located at 100-22 35th Avenue, Corona, New York, and it is further

**ORDERED,** ~~that Bank of Camden be, and hereby is, authorized to pursue all of its rights and remedies, including but not limited to, commencing and continuing a mortgage foreclosure proceeding without further Order of this Court; and it is further~~

**ORDERED,** that any surplus proceeds obtained by Bank of Camden will be turned over to the Chapter 7 Trustee. All rights which the trustee has in said surplus monies are preserved.



Dated: Brooklyn, New York
January 8, 2016

Elizabeth S. Stong
United States Bankruptcy Judge